**Order entered August 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00219-CR

**DIONESIO CEZARIO ESCOBAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F14-30430-J**

## ORDER

The Court **GRANTS** court reporter Kimberly Xavier's second motion for extension of time to file the reporter's record.

We **ORDER** Ms. Xavier to file the reporter's record within **TEN (10) DAYS** from the date of this order.

/s/     ADA BROWN
         JUSTICE